SHERIDAN ASSOCIATES, INC., et al., Respondents, v. ANNA RAFFO, Individually and as Administratrix of the Estate of LOUIS MOLIA, Deceased, et al., Appellants. — Order unanimously affirmed, with $20 costs and disbursements to the respondents. It may be that upon the trial the circumstances under which the present lease was executed and the terms of the prior leases of which the present lease was a renewal, with respect to buildings, may shed some light on the question of construction involved herein, and for that reason we think a trial is indicated. Present — Peck, P. J., Cohn, Callahan, Breitel and Botein, JJ.; Cohn, J., concurs in the following memorandum: I concur in the result for the reason stated by the Special Term and for the additional reason that there are other issues of fact and law which cannot be decided upon the pleadings but should await a trial.

### (December 31, 1954.)

In the Matter of ARMCO DRAINAGE & METAL PRODUCTS, INC., Petitioner, against EDWARD CORSI, as Industrial Commissioner, Respondent.— Determination of the State Industrial Commissioner annulled and matter remitted for appropriate proceedings. See opinions in *Matter of Armco Drainage & Metal Products* v. *Moore* (285 App. Div. 236), decided herewith. Settle order. Present — Peck, P. J., Cohn, Callahan, Breitel and Botein, JJ.

### SECOND DEPARTMENT, DECEMBER, 1954.

### (December 6, 1954.)

SYLVIA EHRLICH et al., Individually and as Trustees for MARTIN EHRLICH and Others, Appellants, v. GERMAN SAVINGS BANK AND CLEARING ASSOCIATION, Respondent, et al., Defendant.— Motion for leave to appeal to the Court of Appeals denied. Present — Adel, Acting P. J., Wenzel, MacCrate, Beldock and Murphy, JJ. [See *ante,* p. 964.]

In the Matter of ROBERT WOOD, Petitioner, against VILLAGE OF PORT CHESTER et al., Respondents.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Adel, Acting P. J., Wenzel, MacCrate, Beldock and Murphy, JJ. [See *ante,* p. 900.]

LOUIS KAHN, Appellant, v. LUDWIG MOSKOWITZ et al., Respondents.— Motion to dismiss appeal granted, without costs, and appeal dismissed, without costs. Present — Adel, Acting P. J., Wenzel, MacCrate, Beldock and Murphy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROLLINS SKEETE, Appellant.— Motion to dismiss appeal granted and appeal dismissed. (Code Crim. Pro., § 517; *People* v. *Palumbo,* 282 App. Div. 1059.) Present — Adel, Acting P. J., Wenzel, MacCrate, Beldock and Murphy, JJ. [205 Misc. 1118.]